UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEVIN LEE HARRIS,<br><br>        Plaintiff,<br><br>     v.<br><br>E. PARKS, et al.,<br><br>        Defendants. | Case No. 1:19-cv-00429-LJO-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTION FOR AN INJUNCTION<br><br>ECF Nos. 10, 18 |

Plaintiff Tevin Lee Harris, a state prisoner, proceeds without counsel in this civil rights action brought under 42 U.S.C. § 1983. The court has referred this matter to a magistrate judge under 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 22, 2019, the assigned magistrate judge issued findings and recommendations that the court deny plaintiff's motion for injunctive relief. ECF No. 18. Petitioner has filed untimely objections. ECF Nos. 20, 22.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS ORDERED that:

1.     The findings and recommendations issued by the magistrate judge on October 22, 2019, ECF No. 18, are adopted in full;

1

1      2.      Plaintiff's motion for injunctive relief, ECF No. 10, is denied; and

2      3.      The matter is referred back to the magistrate judge for further proceedings.

4   IT IS SO ORDERED.

5      Dated:     **December 13, 2019**        **/s/ Lawrence J. O'Neill**

6                                      UNITED STATES CHIEF DISTRICT JUDGE