UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEVIN LEE HARRIS,<br><br>        Plaintiff,<br><br>   v.<br><br>E. PARKS, *et al.*,<br><br>        Defendants. | Case No. 1:19-cv-00429-NONE-JDP<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR STAY AS MOOT<br><br>ECF No. 15 |

On August 29, 2019, plaintiff moved for a stay of this case because of other proceedings before superior court. ECF No. 15. Plaintiff has been able to participate in his case fully thus far and the time he sought for a stay has expired. Therefore, his motion is denied as moot.

IT IS SO ORDERED.

Dated:   February 9, 2020                        _____
                                                                          UNITED STATES MAGISTRATE JUDGE

No. 204.