1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| TEVIN LEE HARRIS, | Case No. 1:19-cv-00429-JLT-HBK (PC) |
|---|---|
| Plaintiff, | ORDER GRANTING PLAINTIFF'S CONSTRUED MOTION TO INITIATE SCREENING |
| v. | |
| E. PARKS, | ORDER GRANTING PLAINTIFF'S CONSTRUED MOTION REQUESTING RECEIPT OF HIS CHANGE OF ADDRESS |
| Defendant. | |
| | (Doc. No. 45) |

Plaintiff, Tevin Harris, is a current state prisoner proceeding *pro se* and *in forma pauperis* on his Third Amended Complaint ("TAC") filed under 42 U.S.C. § 1983. (Doc. Nos. 9, 41). Pending before the Court is Plaintiff's pleading seeking judicial notice which the Court construes as a motion requesting the Court to screen his TAC and acknowledge that the Clerk received his notice of his change of address. (Doc. No. 45 at 1).

District courts possess inherent authority not governed "by rule or statute, but by control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Dietz v. Bouldin*, 136 S. Ct. 1885, 1892 (2016) (citations omitted). And while this Court endeavors to handle all matters as expeditiously as possible, it has "one of the heaviest caseloads in the nation" and operates under a declared judicial emergency

due to unfilled judicial vacancies, which is further exacerbated by the Covid-19 pandemic.  *See Amended Standing Order in Light of Ongoing Judicial Emergency in the Eastern District of California.*  This order effectively grants Plaintiff's motion to the extent the Court acknowledges Plaintiff's TAC is pending and requires screening.  The Court also confirms that the Clerk received and docketed Plaintiff's notice of his change of address on March 18, 2022.  (Doc. No. 44).  Plaintiff should note any future motions seeking to "move the case along" will have the opposite effect, as the court will be forced to divert its attention from screening to addressing such motions.

Accordingly, it is ORDERED:

1. Plaintiff's construed motion for a screening order (Doc. No. 45) is GRANTED to the extent a screening order will be forthcoming.

2. Plaintiff's construed motion requesting confirmation of his notice of his change of address (Doc. No. 45) is GRANTED to the extent that the Court confirms that the Clerk received and docketed Plaintiff's notice of a change of address on March 18, 2022.

Dated:   June 7, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2