UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEVIN LEE HARRIS,<br><br>          Plaintiff,<br><br>     v.,<br><br>E. PARKS,<br><br>          Defendant. | Case No.  1:19-cv-0429 JLT HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br><br>(Doc. 47) |

Tevin Lee Harris asserts he suffered violations of his civil rights while incarcerated at Corcoran State Prison.  He seeks to hold correctional officers, an administrator of the prison, and a prison psychologist liable for the alleged violations pursuant to 42 U.S.C. § 1983.  (*See* Doc. 41; *see also* Doc. 29.)

The assigned magistrate judge determined Plaintiff failed to allege facts sufficient to support his claims in the Third Amended Complaint.  (Doc. 47 at 7-11.)  The magistrate judge noted Plaintiff was previously informed of the applicable legal standards, and failed to cure the deficiencies identified by the Court in its orders addressing the First Amended Complaint and Second Amended Complaint.  (*Id.* at 11-12.)  Therefore, the Court recommended the Third Amended Complaint be dismissed without leave to amend under 28 U.S.C. § 1915A.  (*Id.* at 12, citing *McKinney v. Baca,* 250 F. App'x 781 (9th Cir. 2007); *Ferdik v. Bonzelet,* 963 F.2d 1258, 1261 (9th Cir.1992) [discretion to deny leave to amend is particularly broad when the plaintiff

1

previously had opportunities to amend his complaint].)

The Court served the Findings and Recommendations on Plaintiff. It advised him that any objections were to be filed within 14 days and that his "failure to file objections within the specified time may result in the waiver of rights on appeal. (Doc. 47 at 12, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).) To date, Plaintiff has not filed any objections and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on June 10, 2022 (Doc. 47) are adopted in full.
2. The action is **DISMISSED** without leave to amend.
3. The Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated: **July 6, 2022**

UNITED STATES DISTRICT JUDGE